UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>   )<br>    vs.    )<br>   )<br>SHAMUS TAYLOR,   )<br>   )<br>           Defendant.   ) | No. IP04-CR-0074-05-B/F<br>1:06-cv-1475-SEB-VSS |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant's motion for relief pursuant to 28 U.S.C. § 2255 is denied, and that the defendant take nothing by his action docketed as No. 1:06-cv-1475-SEB-VSS.

Date: 12/08/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Gerald A. Coraz
UNITED STATES ATTORNEY'S OFFICE
gerald.coraz@usdoj.gov

Shamus Taylor
#07551-028
Terre Haute - USP
U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 12015
Terre Haute, IN 47801